IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| YASH RAJ FILMS (USA) INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 03 C 7069 |
| | ) | |
| ATLANTIC VIDEO, et al., | ) | Hon. Amy J. St. Eve |
| | ) | |
| Defendants. | ) | Magistrate Judge Keyes |
| | ) | |
| RAJESH BANSAL, | ) | |
| | ) | |
| Defendant-Third-Party Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| INDIA EMPORIUM, INC., And SHARAD SHAH | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

DOCKETED NOV 2 0 2003

FILED NOV 1 9 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### THIRD PARTY COMPLAINT

NOW COMES RAJESH BANSAL, Defendant-Third-Party Plaintiff, by her attorneys, John W. Moore and John C. Spieske, of Moore & Spieske, P.C., and complains of Defendants INDIA EMPORIUM, INC., and SHARAD SHAH as follows:

1. Plaintiff YASH RAJ FILMS (USA) INC., has filed an amended complaint against Defendant RAJESH BANSAL, a copy of which is attached hereto as "Exhibit A."

2. This court has jurisdiction in this matter pursuant to 28 U.S.C. §1332(a) and 28 U.S.C. §1367(a).

3. Venue lies in this district pursuant to 28 U.S.C. §1391(a) and 28 U.S.C. §1391(c).

4. Rajesh Bansal is a citizen of Illinois.

17

5. India Emporium, Inc. ("India Emporium"), is a suspended California business corporation, with its principal place of business in California.

6. Third-Party Plaintiff is informed and believes that Sharad Shah ("Shah") is a citizen of California. India Emporium and Shah are hereinafter collectively referred to as "Third-Party Defendants."

7. India Emporium and Shah transact business in the State of Illinois and have repeatedly directed specific business solicitation to persons who reside in Illinois.

8. Third-Party Defendants are in the business of selling DVDs of Indian films and music. Shah is an employee, shareholder, and/or beneficial owner of India Emporium.

9. Third-Party Plaintiff has, from time to time, purchased DVDs of Indian films and music from Third Party Defendants. Items which Plaintiff, in its amended complaint, alleges infringe its copyrights and trademarks were purchased by Third Party Plaintiff from Third Party Defendants.

10. Every sale by Third-Party Defendants to Third-Party Plaintiff contained an implied warranty of non-infringement pursuant to section 312 of article 2 of the Uniform Commercial Code ("UCC"). This section of the UCC is incorporated into Illinois law as 810 ILCS 5/2-312, and into California law as Cal. Com. Code §2312.

11. On numerous occasions, Third-Party Plaintiff specifically enquired of Shah as to the non-infringing nature of the goods sold by India Emporium. On every such occasion, Shah represented to Third Party Plaintiff that the goods sold by India Emporium were non-infringing. These representations by Shah constitute an express warranty by Shah pursuant to section 313 of article 2 of the Uniform Commercial Code ("UCC"). This section of the UCC is incorporated into Illinois law as 810 ILCS 5/2-313, and into California law as Cal. Com. Code §2313.

12. Pursuant to sections 312 and 313 of article 2 of the UCC, Third-Party Defendants have a duty to defend and indemnify Third Party Plaintiff against some or all of the claims of Plaintiff.

13. As a result of Third-Party Defendants' breach of their express and implied warranties of non-infringement, plaintiff has suffered damages due to the interruption of her business, physical damage to her leasehold, damage to her reputation in the business community, and attorney fees and costs in defending against plaintiff's complaint and amended complaint.

**WHEREFORE**, Defendant, Third-Party Plaintiff, Rajesh Bansal, demands judgment against Third Party-Defendants India Emporium, Inc., and Sharad Shah for all damages adjudged against Defendant Third-Party Plaintiff with respect to goods purchased from Third-Party Defendants and for all damages which Third-Party Plaintiff has suffered as a result of Third-Party Defendants' breach of warranty.

                                            **RAJESH BANSAL**

                                            By: _____
                                                  One Of Her Attorneys

John W. Moore
John C. Spieske
Moore & Spieske, P.C.
Attorneys for Rajesh Bansal
20 S. Clark, Ste. 2210
Chicago, IL 60603
(312) 419-1140

## PROOF OF SERVICE

The undersigned, an attorney, certifies that he caused the forgoing THIRD PARTY COMPLAINT to be served on the following individuals by mailing a copy of this motion, by first class mail from Loop Station, Chicago, Illinois, on November 19, 2003.

William M. Poppe, Esq.
Poppe & Bhouraskar, LLP
Suite 7315
350 Fifth Avenue
New York NY 10118

Gerald L. Berlin, Esq
222 N. Columbus Drive
Suite 4102
Chicago, IL 60601

John W. Moore

*See Case File for Exhibits*